**Fill in this information to identify the case:**

Debtor name    **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-10092 (DSJ)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2025**          X **/s/ Amy Rosina Sofia**
                                              Signature of individual signing on behalf of debtor

                                              **Amy Rosina Sofia**
                                              Printed name

                                              **Vice President**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **471 Amsterdam Ave Realty Corp.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **25-10092 (DSJ)** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Department of Finance 59 Maiden Lane, 28th Floor New York, NY 10038** | | **Past due property taxes** | | | | **$281,911.16** |
| **Fred M Schildwachter & Sons, Inc. P.O Box 71 Mount Vernon, NY 10551** | | | | | | **$20,801.14** |
| **Otis Elevator P.O. Box 13716 Newark, NJ 07188** | | | | | | **$2,950.94** |
| **Raisman CPA P.C. 996 West Jericho Turnpike, 2nd Floor Smithtown, NY 11787** | | | | | | **$300.00** |

**Fill in this information to identify the case:**

Debtor name    **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-10092 (DSJ)**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................    $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................    $ _____ **606,668.46**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................    $ _____ **606,668.46**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ _____ **21,667,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................    $ _____ **281,911.16**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____ **24,052.08**

4.    **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b                                                                                        $ _____ **21,972,963.24**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **471 Amsterdam Ave Realty Corp.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    **25-10092 (DSJ)** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking Account** | **2240** | $74,283.29 |
| 3.2. | **JPMorgan Chase Bank, N.A.** | **Savings Account** | **3711** | $24,386.17 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $98,669.46 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number *(If known)* **25-10092 (DSJ)** |
|---|---|---|
| | Name | |

11a. 90 days old or less:     **184,000.00**    -    **0.00**   = ....     **$184,000.00**

face amount     doubtful or uncollectible accounts

11b. Over 90 days old:     **323,999.00**    -    **0.00**   = ....     **$323,999.00**

face amount     doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$507,999.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number *(if known)* | **25-10092 (DSJ)** |
|---|---|---|---|
| | Name | | |

acreage, factory, warehouse, apartment or office building, if available.

| 55.1. | **471-475 Amsterdam Avenue, New York, New York 10024 (Block: 1213, Lot: 62)** | Fee simple | $0.00 | | Unknown |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **471 Amsterdam Ave Realty Corp.**              Case number *(If known)*  **25-10092 (DSJ)**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $98,669.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $507,999.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $606,668.46 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $606,668.46 |

**Fill in this information to identify the case:**

Debtor name **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **25-10092 (DSJ)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Estate of Frank Sofia**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$21,667,000.00** | **Unknown** |

**2.1   Estate of Frank Sofia**
Creditor's Name

**c/o JoAnne Sofia, Executrix
151 Dellwood Road
Bronxville, NY 10708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
December 6, 2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$21,667,000.00**   Column B: **Unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$21,667,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Offit Kurman, P.A.<br>590 Madison Avenue, 6th FLoor<br>Attn: Dani Schwartz<br>New York, NY 10022** | Line  **2.1** | |

Debtor    **471 Amsterdam Ave Realty Corp.**

Name

Case number (if known)    **25-10092 (DSJ)**

**Offit Kurman, P.A.**
**1954 Greenspring Drive, Suite 605**
**Attn: Joyce Kuhns**
**Lutherville Timonium, MD 21093**

Line    **2.1**

**Fill in this information to identify the case:**

Debtor name   **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **25-10092 (DSJ)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Corporation Counsel City of New
York
100 Church Street
5th Floor
New York, NY 10007**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.2** | Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number (if known) | **25-10092 (DSJ)** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NY State Attorney General**
**Office of the Attorney General**
**The Capitol**
**Albany, NY 12224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$281,911.16** | **$281,911.16** |
|---|---|---|---|---|

**NYC Department of Finance**
**59 Maiden Lane, 28th Floor**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Past due property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS Corp Tax**
**Office of Processing and Taxpayer**
**Serv.**
**W.A. Harriman Campus**
**Albany, NY 12222-0888**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS Department of Taxation and**
**Finance**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number (if known) | **25-10092 (DSJ)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.7 Priority creditor's name and mailing address

**United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,801.14 |
|---|---|---|---|

3.1 Nonpriority creditor's name and mailing address

**Fred M Schildwachter & Sons, Inc.
P.O Box 71
Mount Vernon, NY 10551**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address

**Otis Elevator
P.O. Box 13716
Newark, NJ 07188**

As of the petition filing date, the claim is: *Check all that apply.*     $2,950.94
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.3 Nonpriority creditor's name and mailing address

**Raisman CPA P.C.
996 West Jericho Turnpike, 2nd Floor
Smithtown, NY 11787**

As of the petition filing date, the claim is: *Check all that apply.*     $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NYC Department of Finance
Church Street Station
P.O. Box 3221
New York, NY 10008** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **NYC Department of Finance
66 John Street, Room 104
New York, NY 10038** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number (if known) | **25-10092 (DSJ)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **NYS Department of Taxation and Finance**<br>**ATTN: Office of Counsel (PTET)**<br>**Bldg. 9, WA Harriman Campus**<br>**Albany, NY 12227** | Line **2.6** <br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **281,911.16** |
| **5b. Total claims from Part 2** | 5b. + | $ | **24,052.08** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **305,963.24** |

**Fill in this information to identify the case:**

Debtor name    __471 Amsterdam Ave Realty Corp.__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   __25-10092 (DSJ)__

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Real Estate Lease Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Excellence Barbershop & Hair Salon Inc.** <br> **473 Amsterdam Avenue, Store #4** <br> **New York, NY 10024** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Real Estate Lease Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Five Starts Chef Consulting** <br> **200 Riverside Blvd.** <br> **New York, NY 10069** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Real Estate Lease Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Mod Squad Inc.** <br> **220 Thompson St.** <br> **New York, NY 10012** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Real Estate Lease Agreement** <br><br> State the term remaining   **Automatic Month to Month Renewal** <br><br> List the contract number of any government contract | **Sofia Bros., Inc.** <br> **475 Amsterdam Avenue** <br> **New York, NY 10024** |

Debtor 1    **471 Amsterdam Ave Realty Corp.**                           Case number *(if known)*    **25-10092 (DSJ)**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest    **Real Estate Lease Agreement**

State the term remaining

List the contract number of any government contract    _____    **Wild Geese Productions LLC
155 West 70th Street, Apt. 12E
New York, NY 10023**

**Fill in this information to identify the case:**

Debtor name    **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-10092 (DSJ)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **John J. Sofia, Jr.** | **48 Tunstall Road** **Scarsdale, NY 10583** | **Estate of Frank Sofia** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **Leonard Sofia** | **21 Elm Lane** **Bronxville, NY 10708** | **Estate of Frank Sofia** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **471 Amsterdam Ave Realty Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **25-10092 (DSJ)**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $69,600.00 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $815,800.00 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $817,750.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number (if known) | **25-10092 (DSJ)** |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leonard Sofia 21 Elm Lane Bronxville, NY 10708 Shareholder/Director** | **8/1/2024; 9/3/2024; 10/2/2024; 11/1/2024; 12/4/2024** | **$30,000.00** | **Shareholder distribution** |
| 4.2. **John J. Sofia, Jr. 48 Tunstall Road Scarsdale, NY 10583 Shareholder/Director** | **8/1/2024; 9/3/2024; 10/2/2024; 11/1/2024; 12/4/2024** | **$30,000.00** | **Shareholder distribution** |
| 4.3. **Estate of Frank Sofia c/o JoAnne Sofia, Executrix 151 Dellwood Road Bronxville, NY 10708 Former Shareholder** | **8/1/2024; 9/3/2024; 10/2/2024; 11/1/2024; 12/4/2024** | **$30,000.00** | **Shareholder distribution** |
| 4.4. **Sofia Bros., Inc. 475 Amsterdam Ave New York, NY 10024 Affiliate** | **12/3/2024** | **$99,980.00** | **Intercompany transfer for insurance reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Estate of Frank Sofia, by JoAnne Sofia, its Executrix v. 491 Bergen St. Corp., et al. 655679/2024** | **Special Proceedings - CPLR Article 75 (Arbitration)** | **New York County Supreme Court 60 Centre St. New York, NY 10007** | ☐ Pending ☐ On appeal ☒ Concluded |

Debtor    **471 Amsterdam Ave Realty Corp.**                                    Case number *(if known)*  **25-10092 (DSJ)**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | **Estate of Frank Sofia, by JoAnne Sofia, its Executrix v. 491 Bergen St. Corp., et al.**<br>**2025-00311** | **Appeal of Judgment** | **NYS Supreme, Appellate Div., 1st Dept**<br>**27 Madison Ave**<br>**New York, NY 10010** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Estate of Frank Sofia, by JoAnne Sofia, its Executrix v. JPMorgan Chase Bank, N.A.**<br>**150382/2025** | **Special Proceedings - Turnover** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **471 Amsterdam Ave Realty Corp.**                     Case number *(if known)* **25-10092 (DSJ)**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Klestadt Winters Jureller Southard & Ste 200 West 41st Street 17th Floor New York, NY 10036** | **Attorney Fees for 471 Amsterdam Ave Realty Corp. and each of the other debtors in the jointly administered cases.** | **January 22, 2025** | **$110,428.00** |
| **Email or website address tklestadt@klestadt.com** | | | |
| **Who made the payment, if not debtor? Retainer deposit of $110,428.00 drawn from the account of non-debtor John J. Sofia, Jr.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor    **471 Amsterdam Ave Realty Corp.**                    Case number *(if known)* **25-10092 (DSJ)**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | 471 Amsterdam Ave Realty Corp. | Case number *(if known)* | 25-10092 (DSJ) |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Raisman CPA P.C.**
**996 West Jericho Turnpike, 2nd Floor**
**Smithtown, NY 11787** | **Relationship inception estimated at approximately 1950** |
| 26a.2.   **BMKR LLP**
**1200 Veterans Memorial Highway, #350**
**Attn: Joseph Mortimer**
**Hauppauge, NY 11788** | **2023 and prior years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number *(if known)* **25-10092 (DSJ)** |

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John J. Sofia, Jr. | 48 Tunstall Road<br>Scarsdale, NY 10583 | Shareholder/Director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard Sofia | 21 Elm Lane<br>Bronxville, NY 10708 | Shareholder/Director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amy Rosina Sofia | 46 Hamilton Road<br>Scarsdale, NY 10583 | Vice President | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Estate of Frank Sofia | c/o JoAnne Sofia, Executrix<br>151 Dellwood Road<br>Bronxville, NY 10708 | Shareholder | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | **471 Amsterdam Ave Realty Corp.** | Case number *(if known)* | **25-10092 (DSJ)** |
|---|---|---|---|

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2025**

**/s/ Amy Rosina Sofia**                                                    **Amy Rosina Sofia**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re    **471 Amsterdam Ave Realty Corp.**                          Case No.    **25-10092 (DSJ)**

Debtor(s)                                        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John J. Sofia, Jr.**<br>**48 Tunstall Road**<br>**Scarsdale, NY 10583** | | | |
| **Leonard Sofia**<br>**21 Elm Lane**<br>**Bronxville, NY 10708** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March  7, 2025**                          Signature    **/s/ Amy Rosina Sofia**

**Amy Rosina Sofia**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **471 Amsterdam Ave Realty Corp.**                                   Case No.   **25-10092 (DSJ)**

                                                Debtor(s)      Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  7, 2025**                          **/s/ Amy Rosina Sofia**

                                        **Amy Rosina Sofia/Vice President**
                                        Signer/Title

CORPORATION COUNSEL CITY OF NEW YORK
100 CHURCH STREET
5TH FLOOR
NEW YORK, NY 10007


ESTATE OF FRANK SOFIA
C/O JOANNE SOFIA, EXECUTRIX
151 DELLWOOD ROAD
BRONXVILLE, NY 10708


EXCELLENCE BARBERSHOP & HAIR SALON INC.
473 AMSTERDAM AVENUE, STORE #4
NEW YORK, NY 10024


FIVE STARTS CHEF CONSULTING
200 RIVERSIDE BLVD.
NEW YORK, NY 10069


FRED M SCHILDWACHTER & SONS, INC.
P.O BOX 71
MOUNT VERNON, NY 10551


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101


JOHN J. SOFIA, JR.
48 TUNSTALL ROAD
SCARSDALE, NY 10583


LEONARD SOFIA
21 ELM LANE
BRONXVILLE, NY 10708


MOD SQUAD INC.
220 THOMPSON ST.
NEW YORK, NY 10012


NY STATE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

```
NYC DEPARTMENT OF FINANCE
59 MAIDEN LANE, 28TH FLOOR
NEW YORK, NY 10038


NYC DEPARTMENT OF FINANCE
CHURCH STREET STATION
P.O. BOX 3221
NEW YORK, NY 10008


NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038


NYS CORP TAX
OFFICE OF PROCESSING AND TAXPAYER SERV.
W.A. HARRIMAN CAMPUS
ALBANY, NY 12222-0888


NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205


NYS DEPARTMENT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL (PTET)
BLDG. 9, WA HARRIMAN CAMPUS
ALBANY, NY 12227


OFFIT KURMAN, P.A.
590 MADISON AVENUE, 6TH FLOOR
ATTN: DANI SCHWARTZ
NEW YORK, NY 10022


OFFIT KURMAN, P.A.
1954 GREENSPRING DRIVE, SUITE 605
ATTN: JOYCE KUHNS
LUTHERVILLE TIMONIUM, MD 21093


OTIS ELEVATOR
P.O. BOX 13716
NEWARK, NJ 07188


RAISMAN CPA P.C.
996 WEST JERICHO TURNPIKE, 2ND FLOOR
SMITHTOWN, NY 11787
```

```
SOFIA BROS., INC.
475 AMSTERDAM AVENUE
NEW YORK, NY 10024


UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007


WILD GEESE PRODUCTIONS LLC
155 WEST 70TH STREET, APT. 12E
NEW YORK, NY 10023
```

# United States Bankruptcy Court
## Southern District of New York

In re    __471 Amsterdam Ave Realty Corp.__                                Case No.    __25-10092 (DSJ)__
                                                          Debtor(s)         Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __471 Amsterdam Ave Realty Corp.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  7, 2025__                         __/s/ Tracy L. Klestadt__
Date                                       __Tracy L. Klestadt__
                                           Signature of Attorney or Litigant
                                           Counsel for    __471 Amsterdam Ave Realty Corp.__
                                           __Klestadt Winters Jureller Southard & Stevens, LLP__
                                           __200 West 41st Street__
                                           __17th Floor__
                                           __New York, NY 10036__
                                           __(212) 972-3000 Fax:(212) 972-2245__
                                           __tklestadt@klestadt.com__